FILED
 2010 Nov-23  PM 03:50
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTH EASTERN DIVISION

| | |
|---|---|
| KHADY DEME and BREONAH TOLBERT, ] ] ] | |
| Plaintiffs, ] ] | |
| v. ] ] | Case No. 5:10-cv-01055-JEO |
| GREYHOUND LINES, INC., ] ] | |
| Defendant. ] | |

### MEMORANDUM OPINION

On October 15, 2010, the magistrate judge entered his Report and Recommendation (doc. 7), recommending that Plaintiffs' motion to remand (doc. 4) be denied. The Report and Recommendation required any specific written objections to be filed by November 1, 2010. No party filed any objection to the Report and Recommendation.

The court has carefully considered the parties' briefing on this motion, together with the magistrate judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. Specifically, the court notes that the guidance put forth in the Eleventh Circuit's most recent case addressing removals, *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744 (11th Cir. 2010), does not alter the court's view that the Report and Recommendation is due to be approved and the motion to remand is due to be denied.

Accordingly, the court will enter a separate Order denying Plaintiff's motion to remand.

DONE and ORDERED this 23rd day of November, 2010.

                                                          KARON OWEN BOWDRE
                                         UNITED STATES DISTRICT JUDGE