FILED
 2010 Nov-23  PM 03:52
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTH EASTERN DIVISION

| | |
|---|---|
| KHADY DEME and BREONAH TOLBERT, <br><br> Plaintiffs, <br><br> v. <br><br> GREYHOUND LINES, INC., <br><br> Defendant. | Case No. 5:10-cv-01055-JEO |

### ORDER

For the reasons stated in the accompanying memorandum opinion, the court hereby ADOPTS the report of the magistrate judge and APPROVES of his recommendations. In accord with the report's recommendation, the court ORDERS that Plaintiff's Motion to Remand (doc. 4) be DENIED.

DONE and ORDERED this 23rd day of November, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE